JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

PHILIP ELIOT,

              Plaintiff,

      v.

COUNTY OF ORANGE, ORANGE
COUNTY SHERIFF DEPUTY
BENSON, ORANGE COUNTY
SHERIFF DEPUTY GARNER,
ORANGE COUNTY SHERIFF
DEPUTY MORISHITA, ORANGE
COUNTY SHERIFF DEPUTY DURAN,
and ORANGE COUNTY SHERIFF
DEPUTY CUELLAR,

              Defendants.

**Case No.: SACV 14-00893-CJC(RNBx)**

**JUDGMENT ON JURY VERDICT**

This action came on regularly for trial on May 8, 2018, in Courtroom 9B of the United States District Court, the Honorable Cormac J. Carney, presiding. Plaintiff Philip Eliot appeared by and through his attorneys of record, Jeffery Le Beau, Esq. of Peacock & LeBeau, and Robert P. Damone, Esq. of Damone & Schroeder. Defendants County of Orange, Deputy Morishita, Deputy Benson, Deputy Garner, Deputy Duran, and Deputy Cuellar appeared by and through their attorneys of record, Daniel K. Spradlin, Esq. and Jeanne L. Tollison, Esq. of Woodruff, Spradlin & Smart, APC.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned into Court with its verdict as follows:

## QUESTION NO. 1:

Did any of the following Defendants use excessive force against Mr. Eliot?

| DEFENDANT | YES | NO |
|---|---|---|
| Deputy Benson | | X |
| Deputy Garner | | X |
| Deputy Morishita | | X |
| Deputy Duran | | X |
| Deputy Cuellar | X | |

*If you answered "YES" to Question No. 1 for any of the Defendants, then answer Question No. 2 as to each of those Defendants. If you answered "NO" to Question No. 1 for all Defendants, you are finished. Please sign and date this form.*

**QUESTION NO. 2:**

Was any of the following Defendants' use of excessive force a cause of injury, damage, or harm to Mr. Eliot?

| DEFENDANT | YES | NO |
|---|---|---|
| Deputy Benson | _____ | _____ |
| Deputy Garner | _____ | _____ |
| Deputy Morishita | _____ | _____ |
| Deputy Duran | _____ | _____ |
| Deputy Cuellar | _____ | X |

*If you answered "YES" to Question No. 2 for any of the Defendants, please continue to Question No. 3. If you answered "NO" to Question No. 2 for all Defendants, you are finished. Please sign and date this form.*

**QUESTION NO. 3:**

What amount of damages, if any, do you find that Mr. Eliot is entitled to recover?

$_____

Dated:        May 15, 2018

Signed:        /s/ Wayne Sugden_____
                    *Presiding Juror*

1     It appearing by reason of said verdict that Defendants are entitled to judgment

2 against Plaintiff.

3

4     NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said

5 Plaintiff take nothing by his complaint filed herein on June 10, 2014, and that Defendants

6 County of Orange, Deputy Morishita, Deputy Benson, Deputy Garner, Deputy Duran,

7 and Deputy Cuellar are prevailing parties and may seeks costs in accordance with the

8 Federal Rules of Civil Procedure and this Court's Local Rules

9

10

11     DATED:    May 22, 2018

12     _____

13     CORMAC J. CARNEY

14     UNITED STATES DISTRICT JUDGE